Heelumstraat 51,

E-Commerce Park. Vredenburg, Curacao

Email: ryan.li@8xbet.com

*The First Plaintiff*

23 - 928

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2023 AUG 24  PM 12: 55

# Exhibit A

**Counter-Notice Submitted by the First Defendant**





# Exhibit B

**Counter-Notice Submitted by the First Defendant**





# Exhibit C

**Unauthorized images on the First Defendant's (8xbet.kim) Website**









# Exhibit D

**Unauthorized images on the Second Defendant's (8xbet.max) Website**







Summary of the latest 8xbet Lottery experience in 2021

Here we will summarize the latest 8xbet Lottery experience in 2021 for longtime players and new players.

Northern 8xbet Lottery Experience

Lottery lobby at 8XBET has many outstanding advantages

Often many longtime players apply with the way of playing every other day. This is the way many brothers apply in the Northern Lottery 8xbet, by looking at lotteries, often playing lots every 2 days will bring huge profits. To be able to apply this method, you keep track of whether there is a 2-click lot today, then you leave it a day apart and then hit that same number. Pay attention to follow every detail we have instructed, surely the victory will



Update information and bet quickly and accurately

Along with the careful consideration, advice and research of leading experts in the betting industry. They will synthesize extremely fast information about the gameplay, results, form, as well as changes in each match of the game with the careful review, advice and research of leading experts in the industry. gamble. They will synthesize extremely fast information about gameplay, results, performance, as well as changes in each match.

# Exhibit E

**Unauthorized images on the Third Defendant's (8xbet.ltd) Website**







## 8XBET – HOME HOME 8XBET BONUS UP TO 500K

**8xbet, the leading bookmaker** in Asia, especially for Vietnamese gamers, has proved extremely attractive. With reliable cooperation with a number of leading game manufacturers around the globe, the game store here is always replenished with the latest and hottest versions.

In particular, **8xbet com** offers a series of irresistible offers. When you join, you will enjoy an exclusive promotion package, including 88K for the



# Exhibit F

## Unauthorized images on the Fourth Defendant's (8xbett.art) Website



