OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

August 24, 2023

978 Tech N.V.
Heelumstraat 51
E-commerce Park
Vredenburg, Curacao

    RE:  978 Tech N.V. v. 8xbet.kim et al  - Deficiency Notice
    C.A. No: 1:23-cv-00928-UNA

Dear Plaintiff,

    Papers have been received by the Clerk's Office for filing in the above matter which do not conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local Rules 5.2.(b) and/or 5.3.

    Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your documents to be acceptable for filing, you must sign the Complaint and mail our office a AO 121 Copyright form.

    Enclosed is a copy of your filing to be signed. Your corrected filing (signed by you) should be sent to this office for processing.

    KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

    Sincerely,

    Randall C. Lohan
    CLERK OF COURT

s/VFM

Enc. Copy of Complaint

Magistrate Consent Form

Privacy Notice